IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. CR-04-5327-AWI |
| vs. | ) | ORDER OF RELEASE |
| JESUS VALENCIA PULIDO, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on January 16, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   January 16, 2007**            /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1